UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DEE KYLE,

    Plaintiff,

v.

    Case No. 1:15-cv-712

    HONORABLE PAUL L. MALONEY

BRAD BUSH,

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to voluntarily dismiss all his claims against Defendant other than his excessive force claim. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 17, 2018, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 82) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial dismissal (ECF No. 77) is GRANTED. All claims other than Plaintiff's excessive force claim against Defendant are DISMISSED WITH PREJUDICE.

Dated: May 24, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge