UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RODNEY DEE KYLE, II,

     Plaintiff,

                                     Case No. 1:15-cv-712

v.

                                     HONORABLE PAUL L. MALONEY

BRAD BUSH,

     Defendant.

_____/


## JUDGMENT

     In accordance with the Order entered on this date:

     **IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against

Plaintiff.



Dated: February 27, 2019                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge